**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                  July 21, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Laura Galera

_____

Civil Action No. 11-cv-01102-RPM

DEBRA CURTIS,                                            Sander N. Karp

     Plaintiff,

v.

WELLS FARGO BANK, N.A.,                                  Steven W. Moore
                                                         Stacy D. Mueller
     Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**11:20 a.m.      Court in session.**

Discussion regarding case facts, discovery and related case.

Mr. Karp states plaintiff received unemployment benefits, incontested.

Court states its view regarding the use of requests for admissions and claims interrogatories.
Court advises counsel to not attach email communications between counsel (privilege) to filed discovery dispute pleadings.
Court instructs counsel to avoid duplication with respect to depositions (related case).

**ORDERED:**   **Stipulated Motion to Dismiss Plaintiff's Claim for Retaliation Under Title VII, filed July 18, 2011 [13], is granted.**

**ORDERED:**   **Partial Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1), filed June 24, 2011 [10], is moot.**

**ORDERED:**   **Scheduling Order approved.**

**11:40 a.m.      Court in recess.**

Hearing concluded.  Total time: 20 min.