IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01102-RPM

DEBRA CURTIS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.

    Defendant.

_____

### ORDER AMENDING SCHEDULING ORDER
_____

Pursuant to the Stipulated Motion to Amend Scheduling Order [16], and the Court being fully advised;

IT IS ORDERED that the Scheduling Order is amended as follows:

    a. Expert disclosure deadline: February 13, 2012;

    b. Rebuttal expert disclosure deadline: March 19, 2012;

    c. Deadline to complete discovery: April 10, 2012; and

    d. Dispositive motion deadline: May 11, 2012.

DATED: November 17, 2011

                              BY THE COURT

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge