IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01102-RPM

DEBRA CURTIS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to Stipulation of Dismissal with Prejudice, filed December 22, 2011 [18], it is

ORDERED that this civil action is dismissed with prejudice with each party to bear her or its own attorneys' fees and costs.

Dated:   December 22nd , 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge